MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Jackie A. Doll

Chapter 7 Case No. 08-42744

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service<br>30 7th Street E., Suite 7706<br>St. Paul, MN 55101-7706 | 1A | 8.63 | .17 |
| Chase Bank USA, N.A.<br>c/o Creditors BKY Service<br>P.O. Box 740933<br>Dallas, TX 75374 | 2 | 197.59 | 3.98 |

4.15

Dated: May 5, 2010

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Doll\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

May 5, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Jackie A. Doll
      BKY No. 08-42744

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed are estate checks totaling $4.15 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
rlseaver@fullerseaverramette.com

RLS:klf
Enclosure
cc:   United States Trustee

C:\Data\randy\Trustee-Mpls\Doll\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd