190884

rung 6/3/10

KLH

MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Jackie A. Doll

Chapter 7 Case No. 08-42744

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service<br>30 7th Street E., Suite 1222<br>St. Paul, MN 55101-7706 | 1A | 8.63 | .13 |
| Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | 2 | 197.59 | 2.82 |

2.95

Dated: June 2, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Doll\Unclaimed Dividends Distribution Less than $5.wpd

RECEIVED 10 JUN -3 AM 9:16 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER  
12400 PORTLAND AVENUE SOUTH, SUITE 132  
BURNSVILLE, MN 55337

Telephone: (952) 890-0888  
Facsimile (952) 890-0244

June 1, 2010

Office of the Clerk  
U.S. Bankruptcy Court  
300 South Fourth Street, Suite 301  
Minneapolis, MN 55415

RE:   Jackie A. Doll  
      BKY No. 08-42744

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed are estate checks totaling $2.95 pursuant to that form.

Very truly yours,

Randall L. Seaver  
Trustee  
*rlseaver@fullerseaverramette.com*

RLS:klf  
Enclosure  
cc:   United States Trustee

C:\Data\randy\Trustee-Mpls\Doll\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd